**E-Filed 11/2/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>JTS CORPORATION, a Delaware corporation, fka ATARI CORPORATION,<br><br>　　　　　　　　　Debtor.<br>_____<br>SUZANNE L. DECKER, Trustee,<br><br>　　　　　　　Appellant-Plaintiff,<br><br>　　v.<br><br>JACK TRAMIEL,<br><br>　　　　　　　Appellee-Defendant. | Case Number C 05-4709 JF<br><br>ORDER CONDITIONALLY GRANTING MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING HEARING ON MOTION TO AMEND OR MODIFY JUDGMENT |

　　　This Court entered its Order Re Trustee's Appeal on September 29, 2006 and entered judgment on October 20, 2006.  Both the Trustee and Jack Tramiel ("Tramiel") have filed motions seeking modification of the judgment; those motions are set for hearing on December 15, 2006.

　　　Tramiel additionally has filed a motion to stay enforcement of the judgment pending resolution of his motion for modification.  The Trustee opposes the motion to stay.  After

1  reviewing the moving and opposing papers, the Court HEREBY ORDERS as follows:

2    (1)    Tramiel's motion to stay enforcement of the judgment is CONDITIONALLY GRANTED;

4    (2)    Tramiel shall provide the Trustee with a current, sworn financial statement on or before 5:00 p.m. on November 8, 2006, describing and identifying in detail Tramiel's assets and their locations;

7    (3)    Tramiel shall not transfer or dispose of any of his assets, other than in the course of normal personal activities, so long as the stay is in effect; and

9    (4)    If Tramiel fails to abide by these conditions, the stay shall be dissolved immediately.

DATED: 11/2/06

_____
JEREMY FOGEL
United States District Judge

Case No. C 05-4709 JF
ORDER CONDITIONALLY GRANTING MOTION TO STAY ENFORCEMENT OF JUDGMENT
(JFLC2)

1  This Order was served on the following persons:

2

3  Christian B. Nielsen    cbn@robinsonwood.com

4  Daniel Rapaport    drapaport@wendel.com, calendar@wendel.com; gcone@wendel.com

5  Jeffrey C. Wurms    jwurms@wendel.com, calendar@wendel.com; nschrager@wendel.com

6  Mai T. Buell
   Law Offices of Robinson and Wood
7  227 N. First Street #300
   San Jose, CA 95113
8
   Marilyn Morgan
9  U.S. Bankruptcy Court
   280 South First Street, Room 3035
10 San Jose, CA 95113

11 USBC Manager-San Jose
   US Bankruptcy Court
12 280 South First Street, Room 3035
   San Jose, CA 95113
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
Case No. C 05-4709 JF
ORDER CONDITIONALLY GRANTING MOTION TO STAY ENFORCEMENT OF JUDGMENT
(JFLC2)