**E-Filed 11/12/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>JTS CORPORATION, a Delaware corporation, fka ATARI CORPORATION,<br><br>    Debtor.<br><br>MOHAMED POONJA, Trustee,[1]<br><br>    Appellant-Plaintiff,<br><br>    v.<br><br>JACK TRAMIEL,<br><br>    Appellee-Defendant. | Case Number C 05-4709 JF<br><br>ORDER REQUESTING ADDITIONAL INFORMATION FROM THE TRUSTEE RE PENDING MOTION FOR REVIEW OF TAXED COSTS |

On November 12, 2010, the Court heard argument with respect to Jack Tramiel's motion for review of taxed costs. In considering whether to exercise its discretion to grant costs incurred by Mr. Tramiel to maintain the letter of credit, the Court requires information from the Trustee as

---

[1] Mr. Poonja has replaced Suzanne Decker as the plaintiff and bankruptcy trustee in this action.

1  to the impact such an award would have on the estate and its creditors.  Within fourteen days
2  after the filing of this order, counsel for the Trustee shall file a brief addressing this issue.  The
3  matter thereafter will be submitted without further oral argument.
4      IT IS SO ORDERED.

6  DATED: 11/12/2010

        _____
        JEREMY FOGEL
        United States District Judge